USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2019

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

------------------------------------------------------------- X
UNITED STATES OF AMERICA,

       -against-

JOSEPH COSTELLO, a/k/a "Jojo,"

                              Defendant
------------------------------------------------------------- X

16-CR-844 (VEC)

ORDER

VALERIE CAPRONI, United States District Judge:

The parties are directed to appear for a status conference at **11:30 A.M. on January 2, 2020**, regarding Mr. Costello's alleged violation of supervised release.

**SO ORDERED.**

Dated: December 19, 2019
      New York, NY

_____
**VALERIE CAPRONI**
**United States District Judge**