USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED:___12/30/2019___

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-----------------------------------------------------------------------X
                        :

UNITED STATES OF AMERICA          :

                        :           16 cr. 844 (VEC)

   - v. -                      :

                        :           ORDER

Joseph Costello,             :

                        :

                 Defendant.   :

-----------------------------------------------------------------------X

**VALERIE CAPRONI**, United States District Judge:

IT IS HEREBY ORDERED that the hearing currently scheduled for

Thursday, January 2, 2020, will be held in Courtroom 15C, 500 Pearl Street.


SO ORDERED:

Dated:     New York, New York
           December 30, 2019


_____
      VALERIE CAPRONI
    United States District Judge