USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 1/2/2020

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
                                                               :

UNITED STATES OF AMERICA             :

                                                               :          16 cr. 844(VEC)

  - v. -                                                   :

                                                               :             <u>ORDER</u>

JOSEPH COSTELLO,                     :

                                                               :

                            Defendant.      :

------------------------------------------------------------------------X

**VALERIE CAPRONI**, United States District Judge:

IT IS HEREBY ORDERED that the hearing currently scheduled for Thursday, January 2, 2020 at 11:30 a.m., will now be held in Courtroom 443, 40 Foley Square.

SO ORDERED:

Dated:     New York, New York
              January 2, 2020

                                                  _____
                                                        VALERIE CAPRONI
                                                    United States District Judge